

## MOTION DOCKET

**87-1614.** State v. Benner. *Summit County,* No. 12664. On motion for stay. Stay granted.

**88-351.** State v. Cooey. *Summit County,* No. 12943. On motion to strike additional papers. Motion denied.

**88-353, 88-484.** State v. Brooks. *Summit County,* No. 13112. On motion to file supplemental brief. Motion granted.

**88-357.** State v. Hunter. *Franklin County,* No. 86AP-855. On motion for findings of fact and conclusions of law. Motion denied.

**88-1012.** Denoon v. Limbach. Appeal from the Board of Tax Appeals, No. 86-C-939. On motion to file post-hearing brief instanter. Motion denied.

**88-1258.** State v. Grewell. *Coshocton County,* No. 87-CA-18. On motion for rehearing of denial of motion for extension of time or, in the alternative, on motion to file *amicus* of Ohio Prosecuting Attorneys Association instanter. Motion to file instanter granted.

**88-1651.** Heritage Hills, Ltd. v. Deacon.

*Ross County,* No. 1423. On motion to file *amicus* of Ohio Housing Authorities Conference. Motion granted.

**88-1710.** State v. Dilley. *Muskingum County,* No. CA-884. On motion for leave to file *amicus* of Ohio Public Defender Commission. Motion granted.

**88-2010.** State v. Carter. *Paulding County,* No. 11-87-9. On motion for findings of fact and conclusions of law. Motion denied.

**88-2015.** State v. Murphy. *Marion County,* No. 9-87-35. On motion for stay. Stay denied.

Sweeney and Douglas, JJ., would also dismiss this cause, *sua sponte,* as an appeal from an interlocutory order.

**88-2032.** Drage v. Ameritrust Corp. *Cuyahoga County,* No. 55772. On motion for leave to file *amicus* of Christine Lavelle. Motion granted.

**88-2186.** State, ex rel. Fahrig, v. Dodge. *Montgomery County,* No. CA 11194. On motion to dismiss. Motion to dismiss overruled.

Holmes, J., dissents.

**88-2200.** State v. Lytle. *Highland County,* No. 632. On motion for appeal bond and suspension of sentence. Motion denied.

**89-12.** State v. Curtis. *Cuyahoga County,* No. 54525. On motion for leave to file delayed appeal. Motion granted.

Resnick, J., dissents.

**89-16.** State v. Reddrick. *Montgomery County,* No. 9710. On motion for leave to file delayed appeal. Motion denied.

**89-113.** Jenny v. Gillis. *Hamilton County,* Nos. C-880031 and C-880312. On motion to dismiss. Motion to dismiss overruled.

Moyer, C.J., and Wright, J., dissent.

**89-123.** State, ex rel. Fahrig, v. Dodge. *Montgomery County,* No. CA 11291. On motion to dismiss. Motion to dismiss overruled.

Holmes, J., dissents.

**89-166.** State v. Krajeski. *Lorain County,* No. 4333. On motion for leave to file delayed appeal. Motion granted.

Holmes, J., dissents.

**89-171.** Community Mut. Ins. Co. v. Fabe. *Franklin County,* No. 88AP-1088. On motions for leave to file *amicus* of Blue Cross/Blue Shield and Ohio Insurance Institute. Motions granted.

**89-172.** State v. McDonald. *Morrow County,* No. CA-682. On motion for leave to file delayed appeal. Motion granted.